IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN DAVID PAYNE,**<br><br>                                      Petitioner,<br><br>         v.<br><br>**ERIC ARNOLD,**<br><br>                                      Respondent. | Case No. 2:14-cv-02394-JAM-EFB P<br><br>**[PROPOSED] ORDER** |

   Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have up to thirty (30) days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

Dated:  February 25, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE